**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TAMMY LYNN DOLLINGER,

        Plaintiff,

v.                                                  Case No:  6:15-cv-932-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's *ore tenus* motion to dismiss without prejudice. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 10, 2015 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The *ore tenus* motion to dismiss without prejudice is **GRANTED**.

3. The case is **DISMISSED without prejudice**.

4. The Clerk is **DIRECTED** to close the file.  The Clerk is further **DIRECTED** to mail this Order to Plaintiff via US mail as well as via email to TDOLL2K7@YAHOO.COM.

**DONE AND ORDERED** in Orlando, Florida on January 5, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties vial US mail and email

2